464 A.2d 540

Commonwealth v. Cowgill, Appellant.

Petition for Allowance of Appeal
Denied Dec. 14, 1983.

Submitted April 28, 1983. Barry M. Miller, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Order affirmed.

464 A.2d 540

Commonwealth v. Dorsey, Appellant.

Submitted March 8, 1982. Kevin J. Kelleher, for appellant; John L. Obrecht, Assistant District Attorney, for Commonwealth appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.